**240**

## ORDER

These appeals are before the Court on petition for review by the employer, Bromine Division, Drug Research, Inc., and intervening petition for review by the union, UAW, and on application of the National Labor Relations Board for enforcement of its order issued against the employer on June 18, 1976, and reported at 224 NLRB No. 177. The pertinent facts are contained in the decision and order of the Board.

After considering the briefs and oral argument, the Court concludes that the decision of the Board is supported by substantial evidence on the record considered as a whole.

Accordingly, it is ORDERED that the order of the Board be and hereby is enforced.

## ORDER

Before KEITH and MERRITT, Circuit Judges, and CECIL, Senior Circuit Judge.

This case is before the Court on the application of the National Labor Relations Board for enforcement of its order issued against the Mid-West Paper Products Company, on May 10, 1976, and reported at 223 NLRB No. 207. The pertinent facts are contained in the decision and order of the Board.

After considering the briefs and oral argument, the Court concludes that the decision of the Board is supported by substantial evidence on the record considered as a whole.

Accordingly, it is ORDERED that the order of the Board be and hereby is enforced.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

MID–WEST PAPER PRODUCTS COMPANY, Respondent.

No. 76–1993.

United States Court of Appeals, Sixth Circuit.

Aug. 24, 1978.

Elliott Moore, Deputy Associate Gen. Counsel, William R. Stewart, Federick Havard, National Labor Relations Board, Washington, D. C., Bernard Gottfried, Director, Region 7, N. L. R. B., Detroit, Mich., for petitioner.

John F. Youngblood, Cox & Hooth, James B. Perry, Troy, Mich., for respondent.

---

MARTIN IMPORTS, Plaintiff-Appellant,

v.

COURIER–NEWSOM EXPRESS, INC., Defendant-Appellee.

No. 77–2012.

United States Court of Appeals, Seventh Circuit.

Argued April 10, 1978.

Decided June 30, 1978.

